# Order

Michigan Supreme Court
Lansing, Michigan

November 16, 2018

158353
158355

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SAMANTHA RENEE EUBANKS,
       Defendant-Appellant.

_____/

SC: 158353, 158355
COA: 343714, 344193
Wayne CC: 18-000727-FH

By order of September 7, 2018, this Court granted immediate consideration and a stay of trial court proceedings. On order of the Court, the application for leave to appeal the June 8, 2018 and July 16, 2018 orders of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the June 8, 2018 order of the Court of Appeals that reversed the April 18, 2018 order of the Wayne Circuit Court, and we REMAND this case, as it pertains to Court of Appeals Docket No. 343714, to that court, for reconsideration in light of *People v Anderson*, 501 Mich 175 (2018).

We further ORDER that the stay entered by this Court on September 7, 2018 remains in effect until completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

The application for leave to appeal as it pertains to the July 16, 2018 order in Court of Appeals Docket No. 344193 is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2018



s1106

Clerk